# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | NO. 4:07-CR-0422-02 |
| v. : | (Judge Conner) |
| **MARY ANN BERRETTINI,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 15th day of January, 2010, upon consideration of the *pro se* status of defendant Mary Ann Berrettini, and upon review of the docket in this matter, the court deems it appropriate to appoint G. Scott Gardner, Esquire, to act as standby counsel for defendant. See United States v. Bertoli, 994 F.2d 1002, 1017 (3d Cir. 1993) (stating that "standby counsel should always be appointed in cases expected to be long or complicated or in which there are multiple defendants" and finding that the court possesses the inherent power to appoint standby counsel even for non-indigent defendants who object to the appointment).

Accordingly, it is hereby ORDERED that G. Scott Gardner, Esquire, 2117 West Fourth Street, Williamsport, Pennsylvania; (570)322-7653, is hereby APPOINTED as standby counsel for defendant Mary Ann Berrettini, effective Monday, January 11, 2010.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
